■ JOHN KLOSTERMANN et al., Appellants, v HUGH L. CAREY, as Governor of the State of New York, et al., Respondents. — Order, Supreme Court, New York County (Wallach, J.), entered on October 14, 1982, unanimously affirmed for the reasons stated by Wallach, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Carro, Asch, Silverman and Milonas, JJ.

■ ELENE DE SAINT PHALLE, Appellant, v THIBAUT DE SAINT PHALLE, Respondent. — Order, Supreme Court, New York County (Greenfield, J.), entered on August 3, 1982, unanimously affirmed for the reasons stated by Greenfield, J., at Trial Term, without costs and without disbursements. Concur — Sandler, J. P., Sullivan, Ross and Kassal, JJ.